■ In the Matter of KAIDEN L. WESTCHESTER COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; RICHARD L., Appellant. [52 NYS3d 903]—Appeal by the father from an order of disposition of the Family Court, Westchester County (Hal B. Greenwald, J.), dated January 13, 2016. The order, after a dispositional hearing, terminated the father's parental rights and transferred guardianship and custody of the subject child to the Westchester County Department of Social Services for the purpose of adoption. Assigned counsel has submitted a brief in accordance with *Anders v California* (386 US 738 [1967]), in which he moves for leave to withdraw as counsel for appellant.

Ordered that the order is affirmed, without costs or disbursements.

Under the circumstances of this case, we are satisfied with the sufficiency of the brief filed by the assigned counsel pursuant to *Anders v California* (386 US 738 [1967]). Upon an independent review of the record, we conclude that there are no nonfrivolous issues which could be raised on the appeal. Counsel's application for leave to withdraw as counsel is, therefore, granted (*see id.*; *Matter of Whittaker v Quiles*, 144 AD3d 931 [2016]; *Matter of Giovanni S. [Jasmin A.]*, 89 AD3d 252 [2011]). Dillon, J.P., Cohen, Duffy and Connolly, JJ., concur.